**CROZER CHESTER MEDICAL CENTER and Phico Insurance Company, Appellants,**

v.

**MEDICAL PROFESSIONAL LIABILITY CATASTROPHE FUND and John H. Reed, Director of the Medical Professional Liability Catastrophe Fund, Appellees.**

Supreme Court of Pennsylvania.

March 25, 1999.

## ORDER

PER CURIAM.

AND NOW, this 25th day of March, 1999, we **AFFIRM** the Order of the Commonwealth Court.